1  Rob Bonta, State Bar No. 202668
   Attorney General of California
2  Deborah B. Wadleigh, State Bar No. 239550
   Supervising Deputy Attorney General
3  Ryan J. Zalesny, State Bar No. 281999
   Deputy Attorney General
4   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013
5   Telephone: (213) 269-6164
    Fax: (213) 897-7604
6   E-mail: Ryan.Zalesny@doj.ca.gov
   *Attorneys for Defendants R. Esmond, J. Gutierrez, B.*
7  *Cates, and K. Holland*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEON BROWN,**<br><br>Plaintiff,<br><br>v.<br><br>**R. ESMOND, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00878-AC<br><br>[PROPOSED] ORDER<br><br>Action Filed: November 20, 2020 |

Defendants R. Esmond, J. Gutierrez, B. Cates, and K. Holland ("Defendants") have requested pre-answer screening of the Complaint under the Prison Litigation Reform Act ("PLRA"). Having considered the request and finding good cause, Defendants' request is GRANTED.

IT IS HEREBY ORDERED that the Complaint shall be screened. Defendants shall have thirty days from the date of the screening order to file a responsive pleading to the Complaint, or any portion thereof that survives the Court's screening under 28 U.S.C. § 1915A.

DATED: May 18, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE